IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Cross Claimant,        Case No. 18-402-SAC-JPO

v.

KAZI HOSSAIN,

        Cross Defendant.

## CERTIFICATION OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR

The United States of America, hereby certifies that a copy of the Charging Order of Kazi S. Hossain's Distributional Interests in Shaksi Hospitality, LLC Pursuant to K.S.A. § 17-76,113 was served on the following:

- Phillip J. Jones, Counsel for Cross Defendant Kazi Hossain by ECF filing and certified mail (tracking number 7015 3430 0000 1218 4070),

- Cross Defendant Kazi Hossain on October 28, 2019, by the Montrose County Sheriff's Office in Montrose, Colorado, and

- Shahida Hossain, Resident Agent for Shaksi Hospitality, LLC, on October 28, 2019, by the Montrose County Sheriff's Office in Montrose, Colorado.

Submitted by:

STEPHEN R. MCALLISTER
United States Attorney

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney
Ks. S.Ct. No. 11116
Federal Building, Suite 290
444 SE Quincy
Topeka, Kansas 66683-3592
Telephone: 785-295-2850
Facsimile:  785-295-2658
Email: tanya.wilson@usdoj.gov
Attorneys for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system, and that a true copy was mailed to the individuals at the addresses below:

Phillip J. Jones
Williams, Turner & Holmes, P.C.
744 Horizon Court, Suite 115
Grand Junction, Colorado 81506
(Counsel for Cross Defendant Kazi Hossain)

Kazi Hossain
2030 Otter Pond Circle
Montrose, CO 81401
(Cross Defendant)

Shahida Hossain
2030 Otter Pond Circle
Montrose, CO 81401
(Registered agent for Shaksi Hospitality, LLC)

s/ Tanya Sue Wilson
TANYA SUE WILSON
Assistant United States Attorney